# UNITED STATES DISTRICT COURT

## DISTRICT OF CENTRAL CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RICHARD M. BARRIOS and SHERRY BARRIOS, individuals,<br><br>    Plaintiffs,<br><br>        vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; NATIONWIDE CREDIT, INC., a Georgia corporation; and DOES 1 through<br> inclusive,<br><br>    Defendants. | Case No.: CV 19-6305-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION [16]** |

This matter comes before the Court on the Stipulation of Richard M. Barrios and Sherry Barrios ("Plaintiffs") and Defendant PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC ("PHH") for dismissal with prejudice of the claims asserted against PHH in the Complaint of Plaintiffs Richard M. and Sherry Barrios ("Plaintiffs").

The Court, having considered the Stipulation of Plaintiffs and PHH, and the record in this matter, IT IS HEREBY ORDERED:

1.     The claims asserted against PHH are dismissed with prejudice;

2.     The claims asserted against Defendant Nationwide Credit, Inc. are dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to timely effect service of process;

3.     The above-captioned action is dismissed in its entirety; and

4.     The parties shall bear their own costs and attorneys' fees.

DATED:  November 22, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1